UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TRACY CAVA | ) CASE NO. 1:15-cv-01206 |
| | ) |
| Plaintiff, | ) JUDGE JAMES S. GWIN |
| | ) |
| v. | ) **STIPULATION OF NOTICE OF** |
| | ) **DISMISSAL WITH PREJUDICE** |
| RECOVERY RESOURCES, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties in the within action, by and through their counsel of record, do hereby stipulate that all claims that were or could have been asserted against Defendant Recovery Resources, Inc., in the within action are dismissed with prejudice, each party to pay their own court costs and attorneys' fees.

IT IS SO ORDERED.

_____
JUDGE JAMES S. GWIN

APPROVED:

/s/ Kelly L. Wilson
Kelly L Wilson (0086033)
Brian D. Spitz (0068816)
The Spitz Law Firm, LLC
4620 Richmond Road, Suite 290
Warrensville Heights, Ohio 44128
Phone: (216) 291-4744
Fax: (216) 291-5744
kelly.wilson@spitzlawfirm.com
brian.spitz@spitzlawfirm.com

Attorneys for Plaintiff

/s/ Corey N. Thrush
Mark D. Katz (0003455)
Inajo Davis Chappell (0039626)
Corey N. Thrush (0085985)
ULMER & BERNE LLP
1660 W. 2nd St., Suite 1100
Cleveland, Ohio 44113-1448
(216) 583-7000 (phone)
(216) 583-7001 (fax)
mkatz@ulmer.com, ichappell@ulmer.com
cthrush@ulmer.com

Attorneys for Defendant